# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **REBECCA O. BOLTE,** | ) | Case No. 1:06cv1845 |
| | ) | |
| Plaintiff, | ) | **JUDGE SARA LIOI** |
| | ) | |
| v. | ) | |
| | ) | **JUDGEMENT ENTRY** |
| **ELAINE L. CHAO, SECRETARY, U.S. DEPARTMENT OF LABOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL.** | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that defendants' Motion to Dismiss (Docket No. 6) is **GRANTED**. This case is dismissed.

**IT IS SO ORDERED.**

Dated: May 17, 2007

s/ Sara Lioi
Hon. Sara Lioi
United States District Judge